# UNITED STATES DISTRICT COURT

for the
Central District of California

|  |  |  |
|---|---|---|
| **THE DIVA LAWYERS SOCIAL CLUB, INC,a California mutual benefits nonprofit corporation, and ATYRIA S. CLARK, an indvidual,** | ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | Civil Action No. 2:24-cv-01292 - PA (MARx) |
| v. | | |
| **LONITA K. BAKER, an individual, and DOES 1 through 20, inclusive,** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Larry McWhorter, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Lonita K. Baker in Jefferson County, KY on April 15, 2024 at 3:35 pm at 2297 Lexington Road, Louisville, KY 40206 by personal service by handing the following documents to an individual identified as Lonita K. Baker.

Summons

Additional Description:
She identified herself and accepted the documents.

Black or African American Female, est. age 45-54, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Photograph: See Exhibit 1

Total Cost: $120.00

Proof Job #502327

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Jefferson County_____ ,

__KY____ on __4/18/2024_____ .

/s/ *Larry McWhorter*
_____

Larry McWhorter - +1 (502) 658-0543
Registration No.:
Registration County:



