JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DIVA LAWYERS SOCIAL CLUB, INC., ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LONITA K. BAKER,<br><br>    Defendant. | CV 24-1292 PA (MARx)<br><br>JUDGMENT |

    Pursuant to the Court's August 15, 2024 Minute Order granting the Motion to Dismiss for lack of personal jurisdiction filed by defendant Lonita K. Baker ("Defendant"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: August 15, 2024

                                                      Percy Anderson
                                      UNITED STATES DISTRICT JUDGE